## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JUANITA GATES, | ) | |
| | ) | |
| Debtor. | ) | CASE NO. 18-56985-LRC |
| ---------------------------------- | | ---------------------------------- |
| RADCO PROPERTY MANAGEMENT A/A/F | ) | |
| ASHFORD RETREAT APARTMENTS, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | **CONTESTED MATTER** |
| | ) | |
| JUANITA GATES, Debtor, | ) | |
| MELISSA J. DAVEY, Chapter 13 Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

### NOTICE OF ASSIGNMENT OF HEARING

**NOTICE IS HEREBY GIVEN** that a Motion for Relief from Automatic Stay has been filed in the above-styled case and a hearing will be held on the Motion for Relief from the Automatic stay in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive SW, Atlanta, Georgia, at 1:15 p.m. on June 5, 2018.

Your rights may be affected by the court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including

address) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive SW (Spring Street), Atlanta, Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date.  Movant consents to the automatic stay remaining in effect until the court orders otherwise.

Dated:   May 8, 2018

/s/ J. Mike Williams
Attorney for Movant
State Bar No. 765209
2970 Clairmont Road
Suite 220
Atlanta, GA  30329
404-633-5114
mwilliams@apartmentlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JUANITA GATES, | ) | |
| | ) | |
| Debtor. | ) | CASE NO. 18-56985-LRC |

---

| | | |
|---|---|---|
| RADCO PROPERTY MANAGEMENT A/A/F | ) | |
| ASHFORD RETREAT APARTMENTS, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | **CONTESTED MATTER** |
| | ) | |
| JUANITA GATES, Debtor, | ) | |
| MELISSA J. DAVEY, Chapter 13 Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**COMES NOW** Radco Property Management a/a/f Ashford Retreat Apartments, by and through counsel, and hereby moves the Court as follows:

1.

This Court has jurisdiction over this contested matter pursuant to 28 USC 1471 and 11 USC 362 and 363.

2.

The Debtor filed a petition under Chapter 13 of the Bankruptcy Code on April 26, 2018.

3.

Movant is the lessor of the premises where the Debtor resides at 2121 Windy Hill Road, Apartment 502, Marietta, Georgia 30060 (the "Premises").

4.

Debtor leased said property from Movant under a written lease agreement at a monthly rental rate of $896.00 with a late fee of $100.00.

5.

The Debtor owes pre-petition rent and fees for the months of March and April 2018 in the amount of $2,244.20 and post-petition rent and fees for the month of May 2018 in the amount of $1,122.10.

6.

Pursuant to 11 USC 362, Movant is stayed from the commencement or continuation of any court or other proceeding against Debtor to recover the leased premises.

7.

Debtor has a mere possessory interest in the property.

8.

By reason of the foregoing, continuation of the automatic stay of 11 USC 362(a) will work real and irreparable harm to Movant.

9.

Debtor is still in possession of the premises, and Movant is not adequately protected. Therefore Debtor is required to return possession to the lessor.

**WHEREFORE,** Petitioner prays for:

1. An Order terminating the automatic stay and authorizing Movant to commence and/or continue with eviction proceedings in State Court;
2. An Order requiring Debtor to assume or reject the residential lease agreement;
3. Possession of the premises;
4. A waiver of Bankruptcy Rule 4001(a)(3);

5. Reasonable attorney's fees; and/or

6. Such other and further relief as is just and proper.

This the 8th day of May, 2018.

/s/ J. Mike Williams
J. Mike Williams
Attorney for Movant
State Bar No. 765209

2970 Clairmont Road
Suite 220
Atlanta, GA  30329
404-633-5114
mwilliams@apartmentlaw.com

5

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JUANITA GATES, | ) | |
| | ) | |
| Debtor. | ) | CASE NO. 18-56985-LRC |

---

| | | |
|---|---|---|
| RADCO PROPERTY MANAGEMENT A/A/F | ) | |
| ASHFORD RETREAT APARTMENTS, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | **CONTESTED MATTER** |
| | ) | |
| JUANITA GATES, Debtor, | ) | |
| MELISSA J. DAVEY, Chapter 13 Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**CERTIFICATE OF SERVICE**

I, J. Mike Williams, of 2970 Clairmont Road, Suite 220, Atlanta, Georgia 30329 certify:

That I at all times hereinafter mentioned was more than 18 years of age;

That on May 8, 2018, I served a copy of the within NOTICE OF ASSIGNMENT OF HEARING together with the MOTION FOR RELIEF FROM STAY filed in this bankruptcy matter on the following respondents via U.S. First Class Mail addressed as follows:

    Melissa J. Davey
    Melissa J. Davey, Standing Ch 13 Trustee
    Suite 200
    260 Peachtree Street, NW
    Atlanta, GA 30303

    Juanita Ruth Gates
    2121 Windy Hill Road
    Apartment 502
    Marietta, GA 30060

Darrell L. Burrow
Burrow & Associates, LLC
Building A, Suite 100
2280 Satellite Blvd.
Duluth, GA 30097

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND

CORRECT.


Executed on:   May 8, 2018                         /s/  J. Mike Williams
                                                   J. Mike Williams
                                                   Attorney for Movant
                                                   State Bar No. 765209


2970 Clairmont Road
Suite 220
Atlanta, GA  30329
404-633-5114
mwilliams@apartmentlaw.com



L:\2MIKE\BANKRUPT\2018 Motions\Ashford Retreat Apartments – Junaita Gates - MFR