**IT IS ORDERED as set forth below:**



**Date: June 15, 2018**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JUANITA GATES, | ) | |
| | ) | |
| Debtor. | ) | CASE NO. 18-56985-LRC |
| ----------------------------------------------- | | ----------------------------------- |
| RADCO PROPERTY MANAGEMENT A/A/F | ) | |
| ASHFORD RETREAT APARTMENTS, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | **CONTESTED MATTER** |
| | ) | |
| JUANITA GATES, Debtor, | ) | |
| MELISSA J. DAVEY, Chapter 13 Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER MODIFYING STAY**

Radco Property Management a/a/f Ashford Retreat Apartments, for itself, its successors and assigns, servicers, agents and attorneys ("Movant") filed a *Motion for Relief from the Automatic Stay of 11 U.S.C. § 362* (Doc. No. 14) (the "Motion") on May 8, 2018. Movant

contends that it is the Lessor of the premises located at 2121 Windy Hill Road, Apartment 502, Marietta, Georgia 30060 (the "Property").  The Motion was scheduled for hearing on June 5, 2018, upon Notice of Assignment of Hearing, which Movant contends it served on all parties in interest.  Movant represents that Debtor has failed to cure the pre-petition arrearage and failed to pay the post-petition rent when due.  No opposition to the Motion was offered by the Debtor, Debtor's counsel, or Trustee; accordingly, it is hereby

**ORDERED** that the Motion is *granted:* the Debtor's lease with Movant for the Property is rejected, and the automatic stay of 11 U.S.C. § 362 is modified to the extent necessary for Movant to commence and/or complete dispossessory proceedings against Debtor pursuant to applicable state law and to assert any and all of its respective rights under applicable state law as to the Property.  It is further

**ORDERED** that the 14-day stay pursuant to Bankruptcy Rule 4001(a)(3) is waived.

[END OF DOCUMENT]

**Order Presented By:**

/s/ J. Mike Williams
J. Mike Williams
Georgia State Bar No. 756209
2970 Clairmont Road, Suite 220
Atlanta, GA 30329
(404) 633-5114
mwilliams@apartmentlaw.com
Attorney for Movant

**No Opposition:**

/s/ Mandy K. Campbell *(with express permission)*
**Mandy K. Campbell, Esq.**
Georgia Bar No. 142676
260 Peachtree Street, Suite 200
Atlanta, Georgia 30303

(678) 510-1444
Attorney for Chapter 13 Trustee

# DISTRIBUTION LIST

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Juanita Ruth Gates
2121 Windy Hill Road
Apartment 502
Marietta, GA 30060

Darrell L. Burrow
Burrow & Associates, LLC
Building A, Suite 100
2280 Satellite Blvd.
Duluth, GA 30097

L:\2MIKE\BANKRUPT\Bankruptcy No Opposition Orders\No Opp Orders 2018\Ashford Retreat Apartments – Juanita Gates – No Opp