UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| Juanita Ruth Gates | ) CASE NO. 18-56985-LRC |
| | ) |
| | ) |
| DEBTOR. | ) |

**CHAPTER 13 TRUSTEE'S
OBJECTION TO CONFIRMATION & MOTION TO DISMISS**

COMES NOW Melissa J. Davey, Chapter 13 Trustee, and objects to confirmation of the plan and files this motion to dismiss under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1. The Debtor has failed to pay the Chapter 13 Plan payments to the Trustee as required by 11 U.S.C. Section 1326.

2. Pursuant to testimony from the Meeting of Creditors, it appears that the Chapter 13 petition no longer references the current mailing address of the Debtor.

3. The Debtor used the wrong subsection, upon which Debtor relies for authority in exempting a 401(k) account, as reflected on Schedule C. The Trustee objects to the claimed exemption.

4. The Chapter 13 Trustee cannot administer the provisions regarding general unsecured creditors in section 5.1 of the Plan because two boxes are checked in violation of the provisions of the NDGA Local Plan Form.

5. The Chapter 13 Plan fails to provide for the assumption and funding or rejection of executory contract owed to Park at Windy Hill in violation of 11 U.S.C. Section 365(b)(1)(C).

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

/s/ William A. Bozarth
William A. Bozarth
Attorney for Chapter 13 Trustee
GA Bar No. 940530

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| JUANITA RUTH GATES | ) | |
| | ) | CASE NO.: 18-56985-LRC |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

18-56985-LRC         **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

    DEBTOR(S):
    JUANITA RUTH GATES
    2121 WINDY HILL ROAD
    APARTMENT 502
    MARIETTA, GA  30060

    DEBTOR(S) ATTORNEY:
    BURROW & ASSOCIATES, LLC ATTORNEYS AT LAW
    2280 SATELLITE BLVD
    BLDG A, SUITE 100
    DULUTH, GA  30097

in the foregoing matter with a copy of this Objection to Confirmation & Motion to Dismiss by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

Tuesday, June 19, 2018

/s/ _____
William A. Bozarth
GA Bar No. 940530
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:   678-510-1444
Facsimile:    678-510-1450